UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEE CREEK PHOTOGRAPHY,

                Plaintiff,

- against -

HEARST MAGAZINE MEDIA, INC.,

                Defendant.

---

23-cv-8054 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **October 26, 2023**, at **4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            October 13, 2023

                                      John G. Koeltl
                              United States District Judge